IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANWAR VIVIAN,  : CIVIL ACTION
    Petitioner :

v. :

GERALD ROZUM, et al., :
    Respondents : NO. 09-CV-3822

## ORDER

AND NOW, this 15th day of March, 2010, IT IS HEREBY ORDERED that:

1. The petition for a writ of *habeas corpus* is DENIED with prejudice.

2. There is no cause to issue a certificate of appealability.

3. The Clerk of Court shall mark this case closed.

BY THE COURT:

J. WILLIAM DITTER, JR., J.